

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00721-CV

Vincent **COLEN**,[1]
Appellant

v.

**FRANKEL FAMILY TRUST** D/B/A Stoneybrook Apartments,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV08317
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: November 27, 2024

APPEAL DISMISSED

On November 4, 2024, appellant filed a motion to dismiss his appeal. Appellant's motion to dismiss his appeal is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] The style of appellant's notice of appeal lists, in pertinent part, the "defendant[s]" in the litigation as "Vincent Colen, Jediah Rice, Josiah Rice and all other occupants." We note, however, that according to the notice of appeal, only Colen seeks to modify the trial court's judgment. Accordingly, we modify the style of this case to include only Colen as the sole appellant.